FLORAL TRADE COUNCIL, PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND VISAFLOR, S.A., RANCHO DAISY, RANCHO GUACATAY, AND RANCHO MISION EL DESCANSO, DEFENDANT-INTERVENORS

Court No. 92–06–00393

(Dated August 16, 1993)

JUDGMENT

RESTANI, *Judge:* This case having been submitted for decision and the Court, after deliberation, having rendered a decision therein; now, in conformity with that decision,

IT IS HEREBY ORDERED: that a remand determination having been issued finding the "all other" rate to be 18.20%, and no objections having been filed, it is hereby

FURTHER ORDERED that the ITA's remand determination is sustained and that an 18.20% rate shall be applied as the cash deposit "all other" rate for future entries.